May 6, 2026

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

<u>Via ECF</u>

*Re: Lowry RN v. McDonald MD et al., No. 1:26-cv-00968 (JLR)*
   *Redaction of Minor Identifying Information*

Dear Judge Rochon:

      I respectfully submit this letter motion as a non-party seeking limited relief concerning minor identifying information appearing in an exhibit filed on the public docket in the above-captioned matter. I am the father of two of the minor children referenced in that exhibit.

      In this matter, Exhibit B, Part I (ECF No. 1-2) contains identifying information of minors, including full names and dates of birth, that is currently accessible on the public docket, including, for example, at page 111 of 120.

      The public filing of minors' full names and dates of birth is not consistent with the privacy protections set forth in Federal Rule of Civil Procedure 5.2(a)(3), which requires that minors be identified only by their initials in federal court filings.

      Accordingly, I respectfully request that the Court:

1. Direct the parties to file a redacted version of Exhibit B, Part I (ECF No. 1-2); and,
2. Direct The Clerk of Court to maintain the redacted filings on the public docket and to restrict public access to the corresponding unredacted filings; and,
3. Direct the Clerk of Court the case docket shall remain public.

      My request is limited solely to protecting the identities of minor children while allowing the case and filings to remain publicly accessible in properly redacted form.

      Thank you for the Court's consideration.


/s/ Michael Hardy
Michael Hardy
Non-Party Movant
Larchmont, New York
michaelmhardy@gmail.com