*Jacques G. Simon*
*Attorney at Law P.C.*

*email: jgs@jacquessimon.com*
*url: jacquessimon.com*

**Bar Admissions: NY, CT, GA, TX, DC**

**Long Island NY Main Offices***

**200 Garden City Plaza**
**Suite 301**
**Garden City, NY 11530**
**Phone: (516) 378-8400**
**Fax: (516) 559-7009**

**Washington DC Offices**

**601 13th Street, NW**
**Suite 900 South**
**Washington, D.C. 20005**
**Phone: (202) 301-8070**
**Fax: (202) 301-8071**

**New York City Offices**

**420 Lexington Ave.,**
**Suite 300**
**New York, NY 10170**
**Phone: (332) 330-9002**
**Fax: (332) 220-3880**

**Respond to LI _x_ DC__NYC__ office**

September 22, 2026

VIA ECF FILING ONLY

Hon. Jennifer Rochon, USDJ
US District Court SDNY
500 Pearle Street,
New York, NY 10007

Re: Lowry v. Mc. Donald M.D. et.al.
Case No. 1:25-cv-968 JLR
ON CONSENT OF ALL PARTIES

Dear Judge Rochon:

I represent the Plaintiff in the above referenced matter. The purpose of this letter is to request an additional and final brief extension of time through September 30, 2026 for good cause shown to respond to defendants' motion to dismiss the complaint DE 33. This motion is also filed on consent of defendants' attorneys further requesting that defendants' time to reply to Plaintiff's opposition be extended to October 18, 2026 for good cause shown.

The Court's Order of 09/09/26 DE 37 imposed deadline of September 23, 2026 for the Plaintiffs to submit an opposition to defendants' motion to dismiss or an amended complaint and for defendants to respond by October 11. In my prior application DE 36 I erred and inadvertently

failed to take  into taking into consideration the intervening Jewish High Holiday which I have to observe. Consequently, I am respectfully asking for one last brief extension to and including September 30, 2026 to respond to Defendants' motion to dismiss or file an amended complaint.

I conferred with defendants' attorney Todd Spiegelman today and he agrees to this extension provided that I also ask the Court to extend defendants' time to reply to and including October 18, 2026.

This is the third and last time when an application for extension of time in this matter has been sought by the Plaintiff .

For all of the foregoing reasons I respectfully request that plaintiff's letter motion for extension of time to respond to the motion to dismiss and/or to file an amended complaint be extended to September 30, 2026 and that defendants' time to reply to the opposition, in the case where and opposition is submitted should be extended on consent to and including October 18, 2026.

Respectfully submitted,
Attorney for the Plaintiff
*/s/ Jacques G. Simon*

JGS/mfa

Request GRANTED. Plaintiff's response to Defendants' motion to dismiss is due by September 30, 2026. Defendants' reply is due by October 18, 2026. The Clerk of Court is respectfully directed to close the motions at Dkts. 38 and 39.

Dated: September 23, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**